# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DONALD AND ERIN SCHULTZ,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | **CIVIL ACTION NO 1:09-00055-KD-C** |
| ) | |
| **SOUTHEAST SUPPLY HEADER, LLC,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## JUDGMENT

In accordance with the Order issued on this date, the Defendant's Motion for Summary Judgment (Docs. 13, 14) is **GRANTED** and Plaintiffs' Complaint is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the 21st day of September, 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**